BRADLEY J. YOURIST, ESQ. (SBN 180025)
DANIEL J. YOURIST, ESQ. (SBN 180026)
YOURIST LAW CORPORATION, A.P.C.
11111 Santa Monica Blvd., Suite 100
Los Angeles, California 90025
Telephone: (310) 575-1175
Facsimile: (310) 575-1167
email: byourist@youristlaw.com

Attorneys for Plaintiff ESTEVAN ORIOL

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

ESTEVAN ORIOL, an individual,

    Plaintiff,

vs.

BRANDY AND MELVILLE NY INCORPORATED, a New York corporation,

    Defendant.

Case No. CV13- 5523 ODW(RZx)

COMPLAINT FOR DAMAGES:

1. COPYRIGHT INFRINGEMENT
2. DEMAND FOR ACCOUNTING

[DEMAND FOR JURY TRIAL]

## COMPLAINT

COMES NOW, Plaintiff, ESTEVAN ORIOL and alleges as follows:

### PARTIES

1. Plaintiff, ESTEVAN ORIOL, is an individual residing in the City of Los Angles, County of Los Angeles, State of California.

2. Defendant, BRANDY AND MELVILLE NY INCORPORATED is a corporation duly organized under the laws of the State of New York, having it's principal place of business at 159 Bleecker Street, New York, New York 10012.

///

1

COMPLAINT FOR DAMAGES

## JURISDICTION AND VENUE

3. This Action is brought under the Copyright Act of the United States as amended, 17 U.S.C. §§ 101 et seq., to redress the infringement of an iconic copyrighted photograph taken by an internationally known professional photographer.

4. Jurisdiction is conferred on this Court pursuant to 28 U.S.C. § 1338(a) and proper venue exists against the Defendant under 28 U.S.C. § 1400(a).

## GENERAL ALLEGATIONS

5. This action is about the improper use and misappropriation of a photograph that is a unique and iconic depiction of the urban culture endemic to Los Angeles commonly known as "LA Fingers" or "LA Hands".

6. ESTEVAN ORIOL is an internationally known Mexican American photographer and director based in Los Angeles, California. He is the son of photographer Eriberto Oriol. ESTEVAN ORIOL ("ORIOL") started his career as a bouncer at hip-hop clubs before moving on to tour manage Cypress Hill and House of Pain. During that time, ORIOL began documenting his life on the road though the lense of his camera.

7. ORIOL has a gift for capturing the raw essence of street life through his unique documentarian style of photography. Within a short time, he became the most sought after photographer of the Urban and Hip Hop community.

8. ORIOL's work has been featured in numerous domestic and international magazines and usually reflects Los Angeles' cutting edge urban culture. His work has been featured in magazines such as Complex, FHM, GQ, Vibe, Rolling Stone, and The Source. ORIOL has also photographed many celebrities including Oscar Winners and Nominees Robert De Niro, Al Pacino, Dennis Hopper, Adrien Brody and Forest Whitaker as well as musicians and pop culture stars such as Dr. Dre, Eminem, Cypress Hill, Blink 182, Xzibit, 50 Cent,

1 | Kim Kardashian, Danny Trejo and more.

2 | 9. ORIOL has gone on to direct commercials and music videos for numerous rock and hip-hop artists. ORIOL has been invited all over the world to photograph the cultures of Panama and Brazil and those of international cities including Beijing, Moscow, Barcelona and London. He has also authored books and calendars, including <u>Estevan Oriol: LA Woman</u>, Drago Media, Italy (September 15, 2009). Currently, ORIOL's photography is part of the Smithsonian Institution Latino Center's Virtual Exhibition titled: "Low riding: An American Cultural Tradition."

## LA FINGERS: AN ICONIC PHOTOGRAPH

10. In or about 1995, ORIOL was photographing a female model for a book he was working on when he shot the photograph commonly known as "LA Fingers" and/or "LA Hands". ORIOL liked the shape of his subject's long fingers, fingernails and rings asked her to form her hand into an "LA" for Los Angeles. He intentionally blurred the model's face and instead chose to focus on the shape of model's hands, fingers and rings. It was at that moment, that ORIOL captured a unique and iconic depiction of the urban culture endemic to Los Angeles.

11. In 1998, LA Fingers was first published on the cover of Big Time Magazine. Big Time Magazine, at the time, was the premiere magazine of Urban Art and Expression at the time of publication.

12. In 2002, LA Fingers was published on the cover of Anthem Magazine, Issue No. 7. Anthem Magazine, at the time, was on the cusp of the progressive, innovative and contemporary worlds of music, fashion, art and design. Anthem paid ORIOL for the use of his LA Fingers photograph.

13. In or about 2006, ORIOL decided to use LA Fingers in his own clothing line and produced T-shirts with his iconic image. In or about, December 30, 2008, Jessica Alba was photographed walking on the streets of Los Angeles

3

wearing ORIOL's LA Fingers T-Shirt. LA Fingers quickly became a highly well known unique and iconic photograph representing Los Angeles.

14. In October 2009, Remix Magazine, one of the largest magazines in South America, featured a biography of ORIOL with his LA Fingers photograph.

15. In or about April 17, 2011 to August 8, 2011, LA Fingers was prominently displayed in the Los Angeles Museum of Contemporary Art's ("MOCA") "Art in the Streets" Exhibit. LA Fingers is the cover photo for ORIOL's latest book: Portraiture of Los Angeles: Volume 1, Drago Media, Italy (April 1, 2013).

16. ORIOL owns and continues to own all rights in and to the LA Fingers photograph including the copyright thereto.

17. The LA Fingers photograph was registered with the U.S. Copyright Office effective June 7, 2013, and it was given Copyright Registration Number VA-1-946653021. A copy of the LA Fingers photograph is attached hereto as Exhibit "1" and it is incorporated herein by this reference.

## FIRST CLAIM FOR RELIEF

(Copyright Infringement Against Defendant BRANDY AND MELVILLE NY INCORPORATED)

18. The allegations of paragraphs 1 through 17 are realleged and incorporated herein by reference as though fully set forth in this Paragraph.

19. On information and belief, Defendant BRANDY AND MELVILLE NY INCORPORATED (hereinafter "BRANDY AND MELVILLE), is an Italian multinational retail clothing company, known for clothing that are a mix between American and European fashion – casual yet well designed, inspired by the "L.A. lifestyle".

20. On information and belief, Defendant BRANDY AND MELVILLE has shops throughout the European Union and in the major world capitals and

4

**COMPLAINT FOR DAMAGES**

cities.

21. On information and belief, Defendant BRANDY AND MELVILLE's Italian design team controls all of the steps of clothing production, from strategic merchandise distribution to establishing specifications, and production.

22. On information and belief, in or about May 2013, BRANDY AND MELVILLE used the LA Fingers photograph to create a derivative and substantially similar image that it used on one or more of BRANDY AND MELVILLE's T-Shirts that it sold, and is currently selling, online and in it's retail stores worldwide.

23. On information and belief, the BRANDY AND MELVILLE's Recreated Image is both derivative of the LA Fingers photograph and is substantially similar thereto. A true and correct copy of the BRANDY AND MELVILLE Recreated Image is attached hereto as Exhibit "2" and it is incorporated herein by this reference.

24. On information and belief, dissection of ORIOL's LA Fingers photograph's original expressive elements, separate from any unprotected content, establishes that an ordinary observer examining the two works would see BRANDY AND MELVILLE's version as a wrongful appropriation of ORIOL's protected expression.

25. On information and belief, a holistic comparison of ORIOL's LA Fingers photograph and the BRANDY AND MELVILLE Recreated Image (Exhibit "2") would lead any ordinary observer to regard the two photographs aesthetic appeal as the same.

26. The BRANDY AND MELVILLE Recreated Image which was used, and continues to be used, on one or more of BRANDY AND MELVILLE's T-Shirts was clearly made to look like ORIOL's LA Fingers photograph and the BRANDY AND MELVILLE Recreated Image's creation, use and distribution

5

without ORIOL's permission or authority constitutes copyright infringement in violation of the United States Copyright Act, Title 17 of the U.S. Code.

27. As a result of BRANDY AND MELVILLE's actions, ORIOL's copyright to the LA Fingers photograph has been infringed for which ORIOL is entitled to his damages as set forth below.

## SECOND CLAIM FOR RELIEF

(Demand for Accounting Against

Defendant BRANDY AND MELVILLE NY INCORPORATED)

28. The allegations of paragraphs 1 through 27 are realleged and incorporated herein by reference as though fully set forth in this Paragraph.

29. BRANDY AND MELVILLE has received profits and revenues from it's wrongful misappropriation of ORIOL's LA Fingers photograph, and therefore owes a duty to ORIOL to account.

30. ORIOL requests that this Court find that BRANDY AND MELVILLE is holding profits and revenues in trust for ORIOL.

31. ORIOL further requests that this Court order BRANDY AND MELVILLE to account for it's wrongful misappropriation of ORIOL's LA Fingers photograph.

**WHEREFORE**, Plaintiff ESTEVAN ORIOL prays for judgment against Defendant BRANDY AND MELVILLE NY INCORPORATED, and each of them, as follows:

1. Pursuant to Section 504(b) of the Copyright Act, all actual damages suffered by ORIOL a result of the BRANDY AND MELVILLE NY INCORPORATED's infringement, and any profits of the BRANDY AND MELVILLE NY INCORPORATED attributable to the infringement, including interest from the time of the first infringement;

2. In lieu of ORIOL'S actual damages and BRANDY AND MELVILLE

1 | NY INCORPORATED's profits, that BRANDY AND MELVILLE NY
2 | INCORPORATED be required to pay to ORIOL such Statutory Damages as to the
3 | Court shall appear just within the provisions of the Copyright Act in a sum no less
4 | than $750 nor more than $30,000, or if the Court finds that the infringements were
5 | committed willfully, such statutory damages as to the Court shall appear just and
6 | within the provisions of the Copyright Act in a sum up to and including
7 | $150,000.00;

8     3.     That BRANDY AND MELVILLE NY INCORPORATED pays to
9 | ORIOL his costs together with reasonable attorney's fees in an amount to be
10 | determined by the Court; and

11     4.     For such other and further relief as the Court deems just and proper.

13 | DATED: July 30, 2013           YOURIST LAW CORPORATION

By: _____
BRADLEY J. YOURIST, ESQ.
DANIEL J. YOURIST, ESQ.
Attorneys for Plaintiff,
ESTEVAN ORIOL

## DEMAND FOR JURY TRIAL

Pursuant to *Federal Rule of Civil Procedure* 38(b) and Local Rule 38-1, Plaintiff, ESTEVAN ORIOL, hereby demands a trial by jury.

DATED: July 30, 2013           YOURIST LAW CORPORATION

By: _____
BRADLEY J. YOURIST, ESQ.
DANIEL J. YOURIST, ESQ.
Attorneys for Plaintiff,
ESTEVAN ORIOL

7

**COMPLAINT FOR DAMAGES**



# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

This case has been assigned to District Judge Otis D. Wright II and the assigned discovery Magistrate Judge is Ralph Zarefsky.

The case number on all documents filed with the Court should read as follows:

**CV13- 5523 ODW (RZx)**

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

===================================================

**NOTICE TO COUNSEL**

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

| [✓] Western Division | [ ] Southern Division | [ ] Eastern Division |
|---|---|---|
| 312 N. Spring St., Rm. G-8 | 411 West Fourth St., Rm. 1-053 | 3470 Twelfth St., Rm. 134 |
| Los Angeles, CA 90012 | Santa Ana, CA 92701-4516 | Riverside, CA 92501 |

Failure to file at the proper location will result in your documents being returned to you.

---

CV-18 (03/06)   NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

Name & Address: Daniel J. Yourist (SBN 180026)
Bradley J. Yourist (SBN 180025)
Yourist Law Corporation, a Law corporation
11111 Santa Monica Blvd., Suite 100
Los Angeles, California 90025
Tel: 310-575-1175; Fax: 310-575-1167

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

ESTEVAN ORIOL, an individual,

PLAINTIFF(S)

v.

BRANDY AND MELVILLE NY INCORPORATED, a New York corporation,

DEFENDANT(S).

CASE NUMBER

CV13- 5523 ODW (RZx)

SUMMONS

TO:     DEFENDANT(S):

A lawsuit has been filed against you.

Within __21__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☑ complaint ☐ _____ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, _Daniel J. Yourist, Esq. (SBN 180026)_, whose address is _11111 Santa Monica Blvd., Suite 100, Los Angeles, CA 90025_____. If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Clerk, U.S. District Court

Dated: JUL 3 1 2013

By: JULIE PRADO
    Deputy Clerk

(Seal of the Court)

[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States. Allowed 60 days by Rule 12(a)(3)].

CV-01A (10/11)                                                SUMMONS

# UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
## CIVIL COVER SHEET

**I. (a) PLAINTIFFS** ( Check box if you are representing yourself ☐ )
ESTEVAN ORIOL, an individual,

**DEFENDANTS** ( Check box if you are representing yourself ☐ )
BRANDY AND MELVILLE NY INCORPORATED, a New York corporation,

**(b) Attorneys** (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)
DANIEL J. YOURIST, ESQ. (SBN 180026)
YOURIST LAW CORPORATION, A.P.C.
11111 Santa Monica Blvd., Suite 100
Los Angeles, California 90025

**(b) Attorneys** (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

- ☐ 1. U.S. Government Plaintiff
- ☐ 2. U.S. Government Defendant
- ☒ 3. Federal Question (U.S. Government Not a Party)
- ☐ 4. Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES**-For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)
- ☒ 1. Original Proceeding
- ☐ 2. Removed from State Court
- ☐ 3. Remanded from Appellate Court
- ☐ 4. Reinstated or Reopened
- ☐ 5. Transferred from Another District (Specify)
- ☐ 6. Multi-District Litigation

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☒ Yes ☐ No (Check "Yes" only if demanded in complaint.)
**CLASS ACTION under F.R.Cv.P. 23:** ☐ Yes ☒ No ☐ **MONEY DEMANDED IN COMPLAINT:** $ _____

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
Copyright Act of the United States as amended, 17 U.S.C. §§ 101 et seq., Plaintiff alleges Defendant H&M created a derivative image of Plaintiff's iconic LA Fingers copyrighted photograph

**VII. NATURE OF SUIT** (Place an X in one box only).

| OTHER STATUTES | CONTRACT | REAL PROPERTY CONT. | IMMIGRATION | PRISONER PETITIONS | PROPERTY RIGHTS |
|---|---|---|---|---|---|
| ☐ 375 False Claims Act | ☐ 110 Insurance | ☐ 240 Torts to Land | ☐ 462 Naturalization Application | **Habeas Corpus:** | ☒ 820 Copyrights |
| ☐ 400 State Reapportionment | ☐ 120 Marine | ☐ 245 Tort Product Liability | ☐ 465 Other Immigration Actions | ☐ 463 Alien Detainee | ☐ 830 Patent |
| ☐ 410 Antitrust | ☐ 130 Miller Act | ☐ 290 All Other Real Property | | ☐ 510 Motions to Vacate Sentence | ☐ 840 Trademark |
| ☐ 430 Banks and Banking | ☐ 140 Negotiable Instrument | **TORTS** | **TORTS** | ☐ 530 General | **SOCIAL SECURITY** |
| ☐ 450 Commerce/ICC Rates/Etc. | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | **PERSONAL INJURY** | **PERSONAL PROPERTY** | ☐ 535 Death Penalty | ☐ 861 HIA (1395ff) |
| ☐ 460 Deportation | | ☐ 310 Airplane | ☐ 370 Other Fraud | **Other:** | ☐ 862 Black Lung (923) |
| ☐ 470 Racketeer Influenced & Corrupt Org. | ☐ 151 Medicare Act | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | ☐ 540 Mandamus/Other | ☐ 863 DIWC/DIWW (405 (g)) |
| ☐ 480 Consumer Credit | ☐ 152 Recovery of Defaulted Student Loan (Excl. Vet.) | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 550 Civil Rights | ☐ 864 SSID Title XVI |
| ☐ 490 Cable/Sat TV | | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 555 Prison Condition | ☐ 865 RSI (405 (g)) |
| ☐ 850 Securities/Commodities/Exchange | ☐ 153 Recovery of Overpayment of Vet. Benefits | ☐ 340 Marine | **BANKRUPTCY** | ☐ 560 Civil Detainee Conditions of Confinement | **FEDERAL TAX SUITS** |
| ☐ 890 Other Statutory Actions | ☐ 160 Stockholders' Suits | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | **FORFEITURE/PENALTY** | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 891 Agricultural Acts | ☐ 190 Other Contract | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 871 IRS-Third Party 26 USC 7609 |
| ☐ 893 Environmental Matters | ☐ 195 Contract Product Liability | ☐ 355 Motor Vehicle Product Liability | **CIVIL RIGHTS** | ☐ 690 Other | |
| ☐ 895 Freedom of Info. Act | ☐ 196 Franchise | ☐ 360 Other Personal Injury | ☐ 440 Other Civil Rights | **LABOR** | |
| ☐ 896 Arbitration | **REAL PROPERTY** | ☐ 362 Personal Injury-Med Malpratice | ☐ 441 Voting | ☐ 710 Fair Labor Standards Act | |
| ☐ 899 Admin. Procedures Act/Review of Appeal of Agency Decision | ☐ 210 Land Condemnation | ☐ 365 Personal Injury-Product Liability | ☐ 442 Employment | ☐ 720 Labor/Mgmt. Relations | |
| | ☐ 220 Foreclosure | ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | ☐ 443 Housing/ Accomodations | ☐ 740 Railway Labor Act | |
| ☐ 950 Constitutionality of State Statutes | ☐ 230 Rent Lease & Ejectment | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 445 American with Disabilities-Employment | ☐ 751 Family and Medical Leave Act | |
| | | | ☐ 446 American with Disabilities-Other | ☐ 790 Other Labor Litigation | |
| | | | ☐ 448 Education | ☐ 791 Employee Ret. Inc. Security Act | |

**FOR OFFICE USE ONLY:** Case Number: **CV13- 5523**

**AFTER COMPLETING PAGE 1 OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED ON PAGE 2.**

CV-71 (02/13)     CIVIL COVER SHEET     Page 1 of 2

## UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
### CIVIL COVER SHEET

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed?   ☒ NO   ☐ YES

If yes, list case number(s): _____

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case?   ☒ NO   ☐ YES

If yes, list case number(s): _____

**Civil cases are deemed related if a previously filed case and the present case:**

(Check all boxes that apply)
- ☐ A. Arise from the same or closely related transactions, happenings, or events; or
- ☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or
- ☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or
- ☐ D. Involve the same patent, trademark or copyright, _and_ one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named plaintiff resides.

☐ Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles | |

(b) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named defendant resides.

☐ Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| | New York, New York |

(c) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** claim arose.
**NOTE: In land condemnation cases, use the location of the tract of land involved.**

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles | |

*Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties
Note: In land condemnation cases, use the location of the tract of land involved

**X. SIGNATURE OF ATTORNEY (OR SELF-REPRESENTED LITIGANT):** _[signature]_   DATE: 7/30/13

Notice to Counsel/Parties: The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet).

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405 (g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405 (g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405 (g)) |