# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### CIVIL MINUTES - GENERAL

CASE NO.:   CV-13-5523-R                             DATE: AUGUST 15, 2014

TITLE:      ESTEVAN ORIOL V. BRANDY AND MELVILLE NY INCORPORATED
==================================================================
PRESENT:

<u>HON. MANUEL L. REAL, JUDGE</u>

<u>Christine Chung</u>                                <u>   N/A    </u>
Deputy Clerk                                    Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:       ATTORNEYS PRESENT FOR DEFENDANT:

Not present                             Not present


PROCEEDINGS: ORDER TO SHOW CAUSE RE DISMISSAL FOR LACK OF
             PROSECUTION

On April 7, 2014, Plaintiff's Motion for Entry of Default Judgment
was denied for insufficient service of the summons and complaint
on defendant.  To date, a sufficient proof of service of summons and
and complaint has not been filed.

This matter is now set on calendar for hearing on **Monday,
August 25, 2014 at 10:00 a.m.**, for an ORDER TO SHOW CAUSE re
dismissal for lack of prosecution, for failure of the plaintiff to file a proof
of service of the summons and complaint on defendant.

Presence of counsel at the hearing is mandatory; failure to appear
will result in the dismissal of the action.


cc: counsel of record


**MINUTES FORM II**                            Initials of Deputy Clerk__CCH___
**CIVIL - GEN**